| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Frank M. Colvin, IV & Joanne Britt-Colvin<br>8 Surrey Lane<br>Eatontown, NJ 07724<br>(732)<br>Debtors | |
| In Re:<br><br>Frank M. Colvin, IV & Joanne Britt-Colvin<br><br>Debtors | Chapter 13 Case No. 14-15643(MBK)<br><br>Judge: Honorable Michael B. Kaplan<br><br>Hearing Date: May 23, 2017 |

U.S. BANKRUPTCY COURT
FILED
TRENTON, NJ

2017 MAY 16 A 10:33

BY: _____
DEPUTY CLERK

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The Debtors in this case oppose the following:

1. ☑ Motion for Relief from the Automatic Stay filed by __US Bank__

    _____, creditor.

    A hearing has been scheduled for _____ at _____.

    ☐ Motion to Dismiss filed by the 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☐ Certification of Default filed by _____.

    We are requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons:

    ☑ Payments have recently been made in the amount of $ __6000.00__, but have not been accounted for. Documentation in support is attached.

    ☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your reason**):

    ☐ Other (**explain your answer**):

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. We certify under penalty of perjury that the above is true.

Date: 5·13·17

_____
Frank M. Colvin, IV

Date: 5·13·17

_____
Joanne Britt-Colvin

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1(b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of Certification of Default.

*Rev. 8/1/15*

A $6000.00 payment was made on 5/15* and arrangements were made to pay the balance of $3142.38 by 5/19.

*Confirmation # 5143501 - US Bank