| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**RAS Citron, LLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number: 973-575-0707<br>Attorneys For Secured Creditor,<br>U.S. BANK NATIONAL ASSOCIATION<br><br>Laura Egerman, Esq. (LE-8250) | **Order Filed on June 16, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>FRANK M. COLVIN, IV, and<br>JOANNE BRITT-COLVIN,<br><br>Debtor(s) | Case No.: 14-15643-MBK<br><br>Judge: Michael B. Kaplan<br><br>Hearing Date:<br><br>Chapter: 13 |

## ORDER RESOLVING MOTION TO VACATE STAY

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**.

**DATED: June 16, 2017**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Applicant: U.S. Bank National Association

Applicant's Counsel: RAS Citron, LLC

Debtor's Counsel:

Property Involved ("Collateral"): 8 Surrey Lane, Eatontown, NJ 07724

Relief sought:
- ■ Motion for relief from the automatic stay
- Motion to dismiss
- Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:
    - ■ The Debtors are overdue for 6 months, from 11/01/2016 to 05/01/2017.
    - ■ The Debtors are overdue for 3 payments at $2,244.60 per month.
    - ■ The Debtors are overdue for 3 payments at $2,447.26 per month.
    
    The Debtors are assessed for _____ late charges at $_____ per month.
    
    Funds Held In Suspense $38.68
    
    Total Arrearages Due $14,036.90.

2. Debtor must cure all post-petition arrearages, as follows:
    - ■ Debtors shall make an immediate payment of $2,447.26 on or before April 6, 2017.
    - ■ Debtors shall make an immediate payment of $2,447.26 on or before May 5, 2017.
    - ■ Debtors shall make an immediate payment of $6,000.00 on or before May 15, 2017.
    - ■ Debtors shall make an immediate payment of $3,142.38 on or before May 22, 2017.
    - ■ Debtors shall resume making monthly mortgage payments of $2,447.26 beginning on June 1, 2017.

3. Payments to the Secured Creditor shall be made to the following address(es):

    - ■ Immediate payment: U.S. Bank National Association
      4801 Frederica Street
      Owensboro, KY 42301

        ■ Regular monthly payment: <u>U.S. Bank National Association</u>
                                                      <u>4801 Frederica Street</u>
                                                      <u>Owensboro, KY 42301</u>

4.      In the event of Default:

■ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

5.      Award of Attorneys' Fees:

      The Applicant is awarded attorney fees of $_____ and costs of $_____.

      The fees and costs are payable:

          Through the Chapter 13 plan.

          To the Secured Creditor within _____ days.

      ■ Attorneys' fees are not awarded.