UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                               Case No.:    14-15643(MBK)
Frank M. Colvin, IV                                  Chapter:     13
Joanne Britt-Colvin                                  Judge:       Kaplan

---

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

___Frank & Joanne Colvin___, ___the Debtors___, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court<br>402 East State Street<br>Trenton, NJ  08608 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable ___Michael B. Kaplan___ on ___June 26, 2018___ at ___9:00___ a.m. at the United States Bankruptcy Court, courtroom no. ___8___, ___402 East State Street, Trenton, New Jersey 08608___ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action:  Joanne Colvin has received an inheritance from her mother's estate.

Pertinent terms of settlement:  See attached

Objections must be served on, and requests for additional information directed to:

Name:       Peter J. Broege, Esq.

Address:    25 Abe Voorhees Drive, Manasquan, NJ  08736

Telephone No.: (732) 223-8484

*rev.8/1/15*

## ATTACHMENT TO NOTICE OF PROPOSED SETTLEMENT

Joanne Colvin's mother died on June 12, 2017.

Joanne Colvin was named as a beneficiary in her mother's Last Will and Testament and received shares of stock and a cash distribution of $61, 435.55 as reflected on the Refunding Bond and Release attached hereto.

An Order Confirming Chapter 13 Plan was entered by the Bankruptcy Court on July 30, 2014 which calls for a POT base plan of $60,000.00 with general unsecured creditors to receive a pro-rata distribution from any available funds.

The Debtors have reviewed the Claim Summary and Report of Receipts and Distributions maintained by the National Data Center for the Chapter 13 Trustee's Office. It appears the total amount necessary to satisfy the plan in full and allowing for a 100% distribution to the allowed claims of general unsecured creditors is approximately $35,332.00. A formal payoff request has been submitted to the Chapter 13 Trustee to confirm the total amount due.

The Debtors propose to make a lump sum payment to the Chapter 13 Trustee to satisfy their plan in full utilizing the inheritance proceeds received by Joanne Colvin within 15 days of receipt of a certification of no objection to this proposed settlement of controversy from the Bankruptcy Court Clerk's Office.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 14-15643-MBK
Frank M. Colvin, IV                                                     Chapter 13
Joanne Britt-Colvin
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: May 25, 2018
                              Form ID: pdf905          Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 27, 2018.
db/jdb         Frank M. Colvin, IV,    Joanne Britt-Colvin,    8 Surrey Ln,    Eatontown, NJ 07724-2126
aty           +MICHAEL LAWRENCE CAREY,    FRANK J. MARTONE PC,    1455 BROAD STREET,    BLOOMFIELD, NJ 07003-3068
cr            +U.S. Bank National Association,    Robertson, Anschutz, Schneid, P.L.,
                6409 congress Ave., Suite 100,    Boca Raton, FL 33487-2853
514757627     +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
514741736      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
514843616      Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
514655786      Chase,   Customer Service,    PO Box 15298,    Wilmington, DE 19850-5298
514655787      Citi Cards,    Customer Service,    PO Box 6500,    Sioux Falls, SD 57117-6500
514718099     +Department Stores National Bank/Macys,     Bankruptcy Processing,    Po Box 8053,
                Mason, OH 45040-8053
514655793      Macy's,    Bankruptcy Dept,    PO Box 8053,    Mason, OH 45040-8053
514655795      Powers Kirn,    Attys For US Bank Home Mortgage,    728 Marne Hwy Ste 200,
                Moorestown, NJ 08057-3128
514933542     +U.S. Bank Home Mortgage,    4801 Frederica Street,    Owensboro, KY 42301-7441
516678444     +U.S. Bank National Association,    Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
514655796      US Bank Home Mortgage,    Customer Service,    PO Box 21948,    Saint Paul, MN 55121-0948

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 25 2018 23:29:43      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 25 2018 23:29:39      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
514655783     +E-mail/Text: legal@arsnational.com May 25 2018 23:29:23      ARS National Services Inc.,
                For Chase #27305313,    PO Box 463023,    Escondido, CA 92046-3023
514655784      E-mail/Text: cms-bk@cms-collect.com May 25 2018 23:29:23      Capital Management Services, LP,
                For Citibank,   698 1/2 S Ogden St,    Buffalo, NY 14206-2317
514655785      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 25 2018 23:32:26
                Capital One - Bankruptcy Department,    c/o American Info Source,    PO Box 54529,
                Oklahoma City, OK 73154-1529
514741736      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 25 2018 23:31:56
                Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
514655788      E-mail/Text: mrdiscen@discover.com May 25 2018 23:28:59      Discover,   Bankruptcy Dept,
                PO Box 3025,    New Albany, OH 43054-3025
514674939      E-mail/Text: mrdiscen@discover.com May 25 2018 23:28:59      Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
514655789      E-mail/Text: fggbanko@fgny.com May 25 2018 23:29:01      Forster Garbus & Garbus,
                Attys For Portfolio Recovery/US Bank,    7 Banta Pl,   Hackensack, NJ 07601-5604
514655791      E-mail/Text: bnckohlsnotices@becket-lee.com May 25 2018 23:29:02      Kohl's,
                Attn: Credit Administrator,    PO Box 3043,    Milwaukee, WI 53201-3043
514655792     +E-mail/Text: ebn@ltdfin.com May 25 2018 23:29:23      Ltd Financial Services, LP,
                For Chase/Heritage Bank #C4C018812501,    7322 Southwest Fwy Ste 1600,    Houston, TX 77074-2134
514927411      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 25 2018 23:43:34
                Portfolio Recovery Associates, LLC,    c/o Capital One/Hsbc,    POB 41067,    Norfolk VA 23541
514933670      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 25 2018 23:43:34
                Portfolio Recovery Associates, LLC,    c/o U.s. Bank National Association Nd,    POB 41067,
                Norfolk VA 23541
514655794      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 25 2018 23:31:52
                Portfolio Recovery Associates, LLC APO,    US Bank National Associates,    140 Corporate Blvd,
                Norfolk, VA 23502-4952
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514655790     ##Global Credit & Collection,    For Citibank #28476509,    2699 Lee Rd Ste 330,
                Winter Park, FL 32789-1740
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-3          User: admin                Page 2 of 2            Date Rcvd: May 25, 2018
                              Form ID: pdf905            Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 25, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   U.S. Bank National Association dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Frank J. Martone    on behalf of Creditor   HSBC Bank USA, National Association as Trustee for
               Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-1 bky@martonelaw.com
              Joshua I. Goldman    on behalf of Creditor   U.S. Bank, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor   U.S. Bank National Association bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Peter   Broege    on behalf of Joint Debtor Joanne  Britt-Colvin pbroege@bnfsbankruptcy.com,
               G1580@notify.cincompass.com
              Peter   Broege    on behalf of Debtor Frank M. Colvin, IV pbroege@bnfsbankruptcy.com,
               G1580@notify.cincompass.com
              William M. E. Powers, III    on behalf of Creditor   U.S. Bank National Association
               ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor   U.S. Bank National Association
               ecf@powerskirn.com
                                                                                             TOTAL: 10
```