UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  :  Case no.: __14-15643__
Frank M. Colvin, IV  :
Joanne Britt-Colvin  :  Chapter: __13__
  :
  :  Judge: __Kaplan__
Debtor(s)  :
  :

## CERTIFICATION OF NO OBJECTION

I __Gary A. Nau__, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☐ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☒ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):

Debtor, Joanne Colvin, has received an inheritance and wants to use the proceeds to pay off Chapter 13 Plan in full.

JEANNE A. NAUGHTON, Clerk

Date: __6/21/2018__    By: __Gary A. Nau__

*rev.2/10/17*