# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | Case no.: | 14-15643 |
| Frank M. Colvin, IV | Chapter: | 13 |
| Joanne Britt-Colvin | Judge: | Kaplan |
| Debtor(s) | | |

## CERTIFICATION OF NO OBJECTION

I ____Gary A. Nau____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☐ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☒ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):

Debtor, Joanne Colvin, has received an inheritance and wants to use the proceeds to pay off Chapter 13 Plan in full.

JEANNE A. NAUGHTON, Clerk

Date: 6/21/2018    By: Gary A. Nau

*rev.2/10/17*