**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Frank M. Colvin IV | Social Security number or ITIN   xxx–xx–8331 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Joanne Britt–Colvin | Social Security number or ITIN   xxx–xx–3551 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   14–15643–MBK | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Frank M. Colvin IV                          Joanne Britt–Colvin

9/10/18                                      **By the court:** Michael B. Kaplan
                                                            United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 14-15643-MBK
Frank M. Colvin, IV                                                   Chapter 13
Joanne Britt-Colvin
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Sep 10, 2018
                              Form ID: 3180W           Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2018.
db/jdb          Frank M. Colvin, IV,    Joanne Britt-Colvin,    8 Surrey Ln,    Eatontown, NJ 07724-2126
aty            +MICHAEL LAWRENCE CAREY,    FRANK J. MARTONE PC,    1455 BROAD STREET,    BLOOMFIELD, NJ 07003-3068
cr             +U.S. Bank National Association,    Robertson, Anschutz, Schneid, P.L.,
                 6409 congress Ave., Suite 100,    Boca Raton, FL 33487-2853
514757627      +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
514655790       Global Credit & Collection,    For Citibank #28476509,    2699 Lee Rd Ste 330,
                 Winter Park, FL 32789-1740
514655795       Powers Kirn,    Attys For US Bank Home Mortgage,    728 Marne Hwy Ste 200,
                 Moorestown, NJ 08057-3128
514933542      +U.S. Bank Home Mortgage,    4801 Frederica Street,    Owensboro, KY 42301-7441
516678444      +U.S. Bank National Association,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
514655796       US Bank Home Mortgage,    Customer Service,    PO Box 21948,    Saint Paul, MN 55121-0948

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 10 2018 23:35:53      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 10 2018 23:35:50      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
514655783      +EDI: ARSN.COM Sep 11 2018 03:08:00      ARS National Services Inc.,    For Chase #27305313,
                 PO Box 463023,    Escondido, CA 92046-3023
514655784       E-mail/Text: cms-bk@cms-collect.com Sep 10 2018 23:35:24      Capital Management Services, LP,
                 For Citibank,    698 1/2 S Ogden St,    Buffalo, NY 14206-2317
514655785       EDI: AIS.COM Sep 11 2018 03:13:00      Capital One - Bankruptcy Department,
                 c/o American Info Source,    PO Box 54529,    Oklahoma City, OK 73154-1529
514741736       EDI: CAPITALONE.COM Sep 11 2018 03:09:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
514843616       EDI: BL-BECKET.COM Sep 11 2018 03:10:00      Capital One, N.A.,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
514655786       EDI: CHASE.COM Sep 11 2018 03:13:00      Chase,    Customer Service,    PO Box 15298,
                 Wilmington, DE 19850-5298
514655787       EDI: CITICORP.COM Sep 11 2018 03:09:00      Citi Cards,    Customer Service,    PO Box 6500,
                 Sioux Falls, SD 57117-6500
514718099      +EDI: TSYS2.COM Sep 11 2018 03:09:00      Department Stores National Bank/Macys,
                 Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
514655788       EDI: DISCOVER.COM Sep 11 2018 03:09:00      Discover,    Bankruptcy Dept,    PO Box 3025,
                 New Albany, OH 43054-3025
514674939       EDI: DISCOVER.COM Sep 11 2018 03:09:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH 43054-3025
514655789       E-mail/Text: fggbanko@fgny.com Sep 10 2018 23:35:07      Forster Garbus & Garbus,
                 Attys For Portfolio Recovery/US Bank,    7 Banta Pl,    Hackensack, NJ 07601-5604
514655791       EDI: CBSKOHLS.COM Sep 11 2018 03:09:00      Kohl's,    Attn: Credit Administrator,    PO Box 3043,
                 Milwaukee, WI 53201-3043
514655792      +EDI: LTDFINANCIAL.COM Sep 11 2018 03:08:00      Ltd Financial Services, LP,
                 For Chase/Heritage Bank #C4C018812501,    7322 Southwest Fwy Ste 1600,    Houston, TX 77074-2134
514655793       EDI: TSYS2.COM Sep 11 2018 03:09:00      Macy's,    Bankruptcy Dept,    PO Box 8053,
                 Mason, OH 45040-8053
514927411       EDI: PRA.COM Sep 11 2018 03:08:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One/Hsbc,    POB 41067,    Norfolk VA 23541
514933670       EDI: PRA.COM Sep 11 2018 03:08:00      Portfolio Recovery Associates, LLC,
                 c/o U.s. Bank National Association Nd,    POB 41067,    Norfolk VA 23541
514655794       EDI: PRA.COM Sep 11 2018 03:08:00      Portfolio Recovery Associates, LLC APO,
                 US Bank National Associates,    140 Corporate Blvd,    Norfolk, VA 23502-4952
                                                                                                TOTAL: 19

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Sep 10, 2018
                              Form ID: 3180W           Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2018                                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   U.S. Bank National Association dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Frank J. Martone    on behalf of Creditor   HSBC Bank USA, National Association as Trustee for
               Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-1 bky@martonelaw.com
              Joshua I. Goldman    on behalf of Creditor   U.S. Bank, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor   U.S. Bank National Association bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Peter   Broege    on behalf of Joint Debtor Joanne  Britt-Colvin pbroege@bnfsbankruptcy.com,
               G1580@notify.cincompass.com
              Peter   Broege    on behalf of Debtor Frank M. Colvin, IV pbroege@bnfsbankruptcy.com,
               G1580@notify.cincompass.com
              William M. E. Powers, III    on behalf of Creditor   U.S. Bank National Association
               ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor   U.S. Bank National Association
               ecf@powerskirn.com
                                                                                             TOTAL: 10
```