Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.: 14−15643−MBK
                    Chapter: 13
                    Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Frank M. Colvin IV | Joanne Britt−Colvin |
| 8 Surrey Ln | 8 Surrey Ln |
| Eatontown, NJ 07724−2126 | Eatontown, NJ 07724−2126 |

Social Security No.:
  xxx−xx−8331                               xxx−xx−3551

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: October 5, 2018                   Michael B. Kaplan
                                                Judge, United States Bankruptcy Court